UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JUAN DIEGO COROSO BORJA

      Petitioner,

v.

                                       Civil No. 26-cv-10770
                                       Hon. Matthew F. Leitman

KEVIN RAYCRAFT, Acting Director
of Immigration Customs Enforcement
and Removal Operations, Detroit Field
Office; et al.,

      Respondents.

_____

**STIPULATED ORDER TRANSFERRING CASE
TO THE WESTERN DISTRICT OF MICHIGAN**

_____

Petitioner is detained in the Western District of Michigan and the Western District has jurisdiction over his suit.  In order to conserve limited party and judicial resources, and in order to allow for the prompt resolution of this matter, the parties stipulate to the transfer of this case to the Western District of Michigan. Accordingly,

      **IT IS HEREBY ORDERED** that this matter be transferred to the Western District of Michigan.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  April 9, 2026

Stipulated and Agreed to By:

Desai Legal Services PLLC

*/s/ Shawn Desai (w/ consent)*
Shawn L. Desai (P81845)
6450 Farmington Road
Suite 105
West Bloomfield, Michigan 48322
(810) 355-6134
shawn@desailegalservices.com

*Attorneys for Petitioner*

Dated: March 19, 2026

Jerome F. Gorgon
United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Attorneys for Respondents*

Dated: March 19, 2026